IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 01-cv-00060-MSK-MJW

JOSEPH GARBO,

    Plaintiff,

v.

COBE CARDIOVASCULAR, INC.,

    Defendant.

_____

**ORDER AND NOTICE OF TRIAL DATE**
_____

**IT IS ORDERED** that the trial set for September 12, 2005 is hereby reset to **November 22, 2005 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 2nd day of September, 2005.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge